# REMOVAL TO FEDERAL COURT

# <u>STATE COURT RECORD</u>

STATE OF INDIANA

Madison County Circuit Court

48C05-2006-CT-000088

LYNDA WILKINSON

v.

WAL-MART STORES EAST, LP

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Lynda Wilkinson v. Wal-Mart Stores East, LP

| Case Number | 48C05-2006-CT-000088 |
| --- | --- |
| Court | Madison Circuit Court 5 |
| Type | CT - Civil Tort |
| Filed | 06/10/2020 |
| Status | 06/10/2020 , Pending  (active) |

## Parties to the Case

Defendant   Wal-Mart Stores East, LP

Address
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

Attorney
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

Attorney
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

Plaintiff     Wilkinson, Lynda

Address
1435 N. Kennard Road West
New Castle, IN 47362

Attorney
Kellie C Clark
*#3099929, Retained*

117 East Washington Street
Suite 200
Indianapolis, IN 46204
317-472-3333(W)

## Chronological Case Summary

06/10/2020   **Case Opened as a New Filing**

| 06/11/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance - Kellie Clark | |
| | For Party: | Wilkinson, Lynda |
| | File Stamp: | 06/10/2020 |

| 06/11/2020 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Wilkinson, Lynda |
| | File Stamp: | 06/10/2020 |

| 06/11/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Wal-Mart | |
| | Filed By: | Wilkinson, Lynda |
| | File Stamp: | 06/10/2020 |

| 06/12/2020 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance of Summons | |
| | Filed By: | Wilkinson, Lynda |
| | File Stamp: | 06/12/2020 |

| 06/19/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Wal-Mart Stores East, LP |
| | File Stamp: | 06/18/2020 |

| 06/19/2020 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Defendant's Motion for Enlargement of Time to File Responsive Pleading | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 06/18/2020 |

| 06/19/2020 | **Jury Trial Demand Filed** | |
|---|---|---|
| | Jury Demand | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 06/18/2020 |

| 06/19/2020 | **Service Returned Served** | |
|---|---|---|
| | green card for walmart stores east lp | |
| | Party Served: | Wal-Mart Stores East, LP |

| 06/22/2020 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Judicial Officer: | Clem, Thomas L |
| | Order Signed: | 06/19/2020 |

| 06/23/2020 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 6/22/2020 : Kellie C Clark;Lynsey David;Lesley Ann Pfleging | |

| 06/24/2020 | **Administrative Event** | |
|---|---|---|
| | Comes now the Court and schedules a Pre Trial Conference for August 26, 2020 @ 1:30 p.m. | |
| | Noticed: | Wilkinson, Lynda |
| | Noticed: | Wal-Mart Stores East, LP |

| 06/24/2020 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference scheduled for 08/26/2020 at 1:30 PM. |

| 08/26/2020 | **Pretrial Conference** |
|---|---|
| | Session: |
| | 08/26/2020 1:30 PM, Judicial Officer: Clem, Thomas L |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Wilkinson, Lynda

Plaintiff

**Balance Due** (as of 06/24/2020)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 06/11/2020 | Transaction Assessment | 157.00 |
| 06/11/2020 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

STATE OF INDIANA )        IN THE MADISON COUNTY COURT
                 ) SS:
COUNTY OF MADISON )       CAUSE NO:
                          )
LYNDA WILKINSON,          )
                          )
            Plaintiff,    )
                          )
    vs.                   )
                          )
WAL-MART STORES EAST, LP, )
                          )
            Defendant.    )
_____   )


# **APPEARANCE**


1.    Lynda Wilkinson
      Name of represented party

2.    Attorney information (as applicable for service of process):

      Name: Kellie C. Clark            Atty Number: 30999-29
      HENSLEY LEGAL GROUP, PC          Phone:   (317) 472-3333
      Address:117 East Washington Street   FAX:    (317) 472-3340
      Suite 200                        Email: kclark@hensleylegal.com
      Indianapolis, IN  46204

3.    Case Type requested: CT

4.    Will accept FAX service: Yes ___ No  X


                              Kellie C. Clark, #30999-29
                              **Attorney for Plaintiff**


**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
kclark@hensleylegal.com

Case 1:20-cv-01721-JRS-DML   Document 1-1   Filed 06/24/20   Page 6 of 22 PageID #: 12

48C05-2006-CT-000088

Filed: 6/10/2020 2:34 PM
Clerk
Madison County, Indiana

Madison Circuit Court 5

STATE OF INDIANA )  IN THE MADISON COUNTY COURT
                 ) SS:
COUNTY OF MADISON )  CAUSE NO:
                 )
LYNDA WILKINSON, )
                 )
         Plaintiff )
                 )
      vs. )
                 )
WAL-MART STORES EAST, LP, )
                 )
        Defendant. )
_____ )

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, Lynda Wilkinson ("Plaintiff"), by counsel, and for her Complaint for Damages against the Defendant, Wal-Mart Stores East, LP, alleges and asserts that:

1.     At all times mentioned herein, the Plaintiff, Lynda Wilkinson, was and is a resident of the City of New Castle, County of Henry, State of Indiana.

2.     At all times mentioned herein, the Defendant, Wal-Mart Stores East, LP, ("Defendant") was doing business in the State of Indiana and was maintaining a premises located at 2321 Charles Street, City of Anderson, County of Madison, State of Indiana.

3.     All of the acts and/or omissions of the Defendant, Wal-Mart Stores East, LP, herein alleged, were performed and/or omitted by and through the agents, servants, and/or employees of the Defendant while they were acting within the scope and course of their employment.

4.     On or about March 4, 2019, the Plaintiff was a guest and invitee of the Defendant at the above-referenced premises, when she was injured.

5.      The Defendant was required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above- referenced premises at which the Plaintiff was injured.

6.      The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendant, including, but not limited to, one or more of the following acts and/or omissions:

a.      The Defendant carelessly and negligently failed to inspect and discover the dangerous condition existing at said location;

b.      The Defendant carelessly and negligently failed to warn the Plaintiff of the dangerous condition existing at said location when the Defendant knew or should have known of the same;

c.      The Defendant carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

d.      The Defendant carelessly and negligently failed to correct the dangerous condition at said location when the Defendant knew or should have known of the existence of the same.

7.      As a direct and proximate result of the Defendant's carelessness and negligence, the Plaintiff sustained personal injuries, resulting in pain and suffering.

8.      As a result of her injuries and their effects, the Plaintiff, has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication and x-rays, and has incurred, and may incur in the future, medical expenses for such treatment.

9.      As a result of her injuries, the Plaintiff has incurred reasonable medical expenses for medical care and treatment and may incur additional medical expenses in the future.

WHEREFORE, the Plaintiff, Lynda Wilkinson, prays for judgment against the Defendant, Wal-Mart Stores East, LP, in an amount commensurate with her injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

Kellie C. Clark, #30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
kclark@hensleylegal.com

## **REQUEST FOR TRIAL BY JURY**

Comes now the Plaintiff, Lynda Wilkinson, by counsel, and file herein her request for

trial by jury for the above action.

Respectfully submitted,

Kellie C. Clark, #30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
kclark@hensleylegal.com

STATE OF INDIANA ) IN THE MADISON COUNTY COURT
) SS:
COUNTY OF MADISON )

LYNDA WILKINSON, )
)  CAUSE NO:
       Plaintiff, )
)
   vs. )
)
WAL-MART STORES EAST, LP, )
)
     Defendant. )
_____ )

**TO DEFENDANT:**    Wal-Mart Stores East, LP
                   c/o CT Corporation System
                   334 North Senate Avenue
                   Indianapolis, IN 46204

     You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

     An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: _6/11/2020_ _~Olivia Pratt~_ DS _____ (Seal)
             CLERK, Madison County Court

**(The following manner of service of summons is hereby designated)**

_____Registered or certified mail.

_____Service at place of employment, to wit:

_____Service on individual - (Personal or copy) at above address.

__X____Service on agent. (Specify)

_____Other Service. (Specify)



Kellie C. Clark ,#30999-29
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

**CERTIFICATE OF MAILING**

I hereby certify that on the _____day of_____, 2020, I mailed a copy of the Complaint to the Defendant, Wal-Mart Stores East, LP by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.


_____
Kellie C. Clark


Dated:_____          By: Kellie C. Clark



**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.


_____
CLERK, Madison County Court


By:_____
Deputy

STATE OF INDIANA )              IN THE MADISON COUNTY COURT
                  ) SS:
COUNTY OF MADISON )             CAUSE NO:  48C05-2006-CT-000088
                  )
LYNDA WILKINSON,  )
                  )
          Plaintiff,  )
     v.           )
                  )
WAL-MART STORES EAST, LP,  )
                  )
          Defendant.  )
_____ )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Thursday, June 11, 2020 I mailed a copy of the summons and a copy of

the complaint to the defendant, Wal-Mart Stores East, LP, c/o CT Corporation System 334 North

Senate Avenue, Indianapolis, IN 46204 by certified mail #7019 1640 0000 1212 3182,

requesting a return receipt to the Madison County Clerk's office.

Kellie Clark, Attorney # 30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
kclark@hensleylegal.com

IN THE MADISON COUNTY CIRCUIT COURT 5

STATE OF INDIANA

LYNDA WILKINSON,                                  )
                                                 )
                         Plaintiff,              )
                                                 )   CAUSE NO.:   48C05-2006-CT-000088
          v.                                     )
                                                 )
WAL-MART STORES EAST, LP,                         )
                                                 )
                         Defendant.              )

**<u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>**

**Party Classification:**  Initiating ____   Responding  _X_   Intervening ____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for
       the following party member(s):

                         WAL-MART STORES EAST, LP

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case
       information as required by Trial Rules 3.1 and 77(B) is as follows:

**Lesley A. Pfleging**                    **Attorney No. 26857-49A**
**Lynsey F. David**                       **Attorney No. 32594-49**
LEWIS WAGNER, LLP                         Phone:  (317) 237-0500
501 Indiana Avenue, Suite 200             Fax:   (317) 630-2790
Indianapolis, IN 46202                    lpfleging@lewiswagner.com
                                          ldavid@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)    certifies that the contact information listed for him/her on the Indiana Supreme
       Court Roll of Attorneys is current and accurate as of the date of this
       Appearance;
(b)    **acknowledges that all orders, opinions, and notices from the court in this
       matter that are served under Trial Rule 86(G) will be sent to the attorney at
       the email address(es) specified by the attorney on the Roll of Attorneys
       regardless of the contact information listed above for the attorney**; and
(c)    understands that he/she is solely responsible for keeping his/her Roll of
       Attorneys contact information current and accurate, see Ind. Admis. Disc. R.
       2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      There are other party members: Yes _____ No _X_ (If yes, list on continuation page.)

4.      *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.      This case involves support issues.  Yes _____ No _X_ (If yes, supply social security numbers for all family members on continuation page.)

6.      There are related cases. Yes _____ No _X_ *(If yes, list* on continuation page.)

7.      This form has been served on all other parties.  Certificate of Service is attached.
Yes _X_    No _____

8.      Additional information required by local rule:_____

LEWIS WAGNER, LLP


By:    */s/Lynsey F. David*_____
        LESLEY A. PFLEGING, # 26857-49A
        LYNSEY F. DAVID, #32594-49
        ***Counsel for Defendant***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2020, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Kellie C. Clark
HENSLEY LEGAL GROUP, PC
117 East Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com

By: */s/ Lynsey F. David*_____
    LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

3

IN THE MADISON COUNTY CIRCUIT COURT 5

STATE OF INDIANA

| | | |
|---|---|---|
| LYNDA WILKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  48C05-2006-CT-000088 |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

Defendant, WAL-MART STORES EAST, LP, by counsel, moves the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including August 7, 2020 and in support thereof would show the Court as follows:

1.      That a responsive pleading is due on or about July 8, 2020, and said time has not expired.

2.      No prior enlargements of time have been requested.

3.      Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendant, WAL-MART STORES EAST, LP, by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, through and including August 7, 2020, and for all other just and proper relief in the premises.

LEWIS WAGNER, LLP


By:     */s/Lynsey F. David*_____
        LESLEY A. PFLEGING, # 26857-49A
        LYNSEY F. DAVID, #32594-49
        ***Counsel for Defendant***


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Kellie C. Clark
HENSLEY LEGAL GROUP, PC
117 East Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com


By: */s/ Lynsey F. David*_____
    LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

2

IN THE MADISON COUNTY CIRCUIT COURT 5

STATE OF INDIANA

| | | |
|---|---|---|
| LYNDA WILKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:   48C05-2006-CT-000088 |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## **JURY DEMAND**

Defendant, WAL-MART STORES EAST, LP, by counsel, respectfully requests that this cause of action be tried by a jury.

LEWIS WAGNER, LLP


By:    */s/Lynsey F. David*_____
       LESLEY A. PFLEGING, # 26857-49A
       LYNSEY F. DAVID, #32594-49
       ***Counsel for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2020, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Kellie C. Clark
HENSLEY LEGAL GROUP, PC
117 East Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com


By: */s/ Lynsey F. David*_____
      LYNSEY F. DAVID


LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal-Mart Stores East, LP
% CT Corporation System
334 North Senate Ave
Indianapolis, IN 46204

9590 9402 5356 9189 1358 16

2. Article Number (Transfer from service label)

7019 1640 0000 1212 3182

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUN 15 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   ($00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

9590 9402 5356 9189 1358 16

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Madison County Clerk
Madison County Government Center
16 E. 9th Street
Anderson, IN 46016
48C05-2006-CT-00088

IN THE MADISON COUNTY CIRCUIT COURT 5

STATE OF INDIANA

LYNDA WILKINSON,           )
                           )
                Plaintiff, )
                           )   CAUSE NO.:  48C05-2006-CT-000088
          v.               )
                           )
WAL-MART STORES EAST, LP,  )
                           )
                Defendant. )

## ORDER

Defendant, WAL-MART STORES EAST, LP, by counsel, files herein its Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, WAL-MART STORES EAST, LP, is granted a period of time through and including August 7, 2020 in which to answer or otherwise respond to Plaintiff's Complaint for Damages.

Dated: **June 19, 2020**

JUDGE, MADISON COUNTY CIRCUIT COURT

Distribution:

Lesley A. Pfleging
Lynsey F. David
LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202

Kellie C. Clark
HENSLEY LEGAL GROUP, PC
117 East Washington Street, Suite 200
Indianapolis, IN  46204
kclark@hensleylegal.com